E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AGSAVER LLC,

        Plaintiff,

v.

VALENT U.S.A. CORPORATION,

        Defendant.

CASE NO. CV 11 2264

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jeffrey S. Boxer, whose business address and telephone number is CARTER LEDYARD & MILBURN LLP, 2 Wall Street, New York, NY 10005
Telephone: (212) 732-3200

and who is an active member in good standing of the bar of New York,

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing AgSaver LLC.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 05/16/11

                                                Joseph C. Spero
                                                United States Magistrate Judge

RECEIVED MAY - 6 2011 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

COPY

United States District Court
For the Northern District of California