1  FLETCHER C. ALFORD  (SBN:  152314)
   falford@gordonrees.com
2  RYAN B. POLK
   rpolk@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054

6  DEAN A. MONCO (*pro hac vice application forthcoming*)
   damonco@woodphillips.com
7  WOOD PHILLIPS
   500 West Madison Street, Suite 3800
8  Chicago, Il 60661-2562
   Telephone:  (312) 876-1800
9  Facsimile:  (312) 876-2020

10 Attorneys for Defendant
   VALENT U.S.A. CORPORATION

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14
   AGSAVER LLC,                          )   CASE NO.  CV-11-2264 JCS
15                                       )
                          Plaintiff,     )   **STIPULATION TO EXTEND TIME TO**
16                                       )   **RESPOND TO COMPLAINT**
           vs.                           )
17                                       )
   VALENT U.S.A. CORPORATION,            )   Date action filed:      May 6, 2011
18                                       )
                          Defendant.     )
19

20        WHEREAS Plaintiff Agsaver LLC filed its Complaint in this action on May 6, 2011 and

21 served the same on Defendant Valent U.S.A. Corporation on May 10;

22        WHEREAS Local Rule 6-1, subdivision (a) provides that "Parties may stipulate in

23 writing, without a Court order, to extend the time within which to answer or otherwise respond to

24 the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with

25 the Court, provided the change will not alter the date of any event or any deadline already fixed

26 by Court order;

27        WHEREAS the parties are not aware of any dates or deadlines previously fixed by Court

28 order that will be altered by the requested extension;

                                                    - 1 -          CASE NO.  CV-11-2264 JCS
            STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA  94111*

1    IT IS HEREBY STIPULATED by and between the parties hereto through their

2    respective attorneys of record that Defendant Valent U.S.A. Corporation shall be granted an

3    extension up to and including **June 20, 2011** to respond to Plaintiff Agsaver LLC's complaint.

4

5

6    Dated: May 27, 2011                    FARELLA BRAUN + MARTEL LLP

7

8    By____/S/ James W. Morando_____
                                            James W. Morando
                                            Attorneys for Plaintiff
9                                           AGSAVER LLC

10

11

12   Dated: May 27, 2011                    GORDON & REES LLP

13

14   By____/S/ Fletcher C. Alford_____
                                            Fletcher C. Alford
                                            Attorneys for Defendant
15                                          VALENT U.S.A. CORPORATION

16

17   Dated: June 1, 2011

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

18

19

20

21

22

23

24

25

26

27

28

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

MANSD/1063299/9848949v.1

- 2 -                    CASE NO.  CV-11-2264 JCS

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT