| | |
|---|---|
| James W. Morando (SBN: 087896)<br>jmorando@fbm.com<br>Allyson M. Franco (SBN: 273467)<br>afranco@fbm.com<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 | Fletcher C. Alford (SBN: 152314)<br>falford@gordonrees.com<br>Ryan B. Polk (SBN: 230769)<br>rpolk@gordonrees.com<br>GORDON & REES LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054 |
| Telisport W. Putsavage (admitted *pro hac vice*)<br>putsavage@clm.com<br>Barry S. Neuman (admitted *pro hac vice*)<br>neuman@clm.com<br>CARTER LEDYARD & MILBURN LLP<br>701 8th Street, NW, Suite 410<br>Washington, DC 20001-3892<br>Telephone: (202) 898-1515 | Dean A. Monco (admitted *pro hac vice*)<br>damonco@woodphillips.com<br>Jeffrey M. Drake (admitted *pro hac vice*)<br>jmdrake@woodphillips.com<br>WOOD PHILLIPS<br>500 West Madison Street, Suite 3800<br>Chicago, Il 60661-2562<br>Telephone: (312) 876-1800<br>Facsimile: (312) 876-2020 |
| Jeffrey S. Boxer (admitted *pro hac vice*)<br>boxer@clm.com<br>Pamela Shelinsky (admitted *pro hac vice*)<br>shelinsky@clm.com<br>CARTER LEDYARD & MILBURN LLP<br>2 Wall Street<br>New York, NY 10005<br>Telephone: (212) 732-3200 | Attorneys for Defendant<br>VALENT U.S.A. CORPORATION |

Attorneys for Plaintiff
AGSAVER LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AGSAVER LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>VALENT U.S.A. CORPORATION,<br><br>         Defendant. | Case No. C 11-02264 (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING (1) BRIEFING SCHEDULE ON VALENT U.S.A. CORPORATION'S MOTION TO DISMISS; AND (2) INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Dept: Courtroom A, 15th Fl.<br>Judge: Honorable Joseph C. Spero<br><br>Complaint Filed: May 6, 2011 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation and [Proposed] Order /
Case No. C 11-02264 (JCS)

26510\2662583.1

6749283.7

1    WHEREAS, on June 17, 2011, Defendant Valent U.S.A. Corporation ("Valent") filed a
2  Motion to Dismiss ("Motion"), setting the hearing on Valent's Motion for July 22, 2011;
3    WHEREAS, on June 23, 2011, the Court issued a Clerk's Notice rescheduling the Hearing
4  on Valent's Motion, as well as the Initial Case Management Conference in the case, to September
5  30, 2011, at 9:30 a.m.;
6    WHEREAS, as a result of certain scheduling conflicts with the new Hearing and Initial
7  Case Management Conference date, counsel for the Parties have met and conferred, and have
8  agreed upon proposing an alternative date for the hearing on Valent's Motion and the Initial Case
9  Management Conference, as well as an alternative briefing schedule for Valent's Motion;
10    THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the Parties request that the
11  Court reschedule the briefing schedule for Valent's Motion and the Hearing date for that Motion
12  and the Initial Case Management Conference as set forth below or on such other dates as may be
13  acceptable to the Court:
14    1.    Plaintiff AgSaver LLC's Opposition to Valent's Motion will be due on September
       16 - JCS                                                        Sept. 30, 2011 - JCS
15  ~~30~~, 2011, and Valent's Reply in Support of its Motion will be due on ~~October 14~~, 2011;
16    2.    The Hearing on Valent's Motion and the Initial Case Management Conference will
17  be November 4, 2011, at 1:30 p.m.
18    IT IS SO STIPULATED.
19
20  Dated: June 29, 2011                    FARELLA BRAUN + MARTEL LLP
21  I represent that concurrence in the filing of
    this document has been obtained from each
22  of the other signatories.                By: /s/ James W. Morando
                                                  James W. Morando
23
                                             Attorneys for Plaintiff
24                                           AgSaver LLC
25
26
27
28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation and [~~Proposed~~] Order /      - 2 -
Case No. C 11-02264 (JCS)                                              26510\2662583.1

6749283.7

1 | Dated: June 29, 2011            GORDON & REES LLP

By: /s/ Fletcher C. Alford
     Fletcher C. Alford

Attorneys for Defendant
Valent U.S.A. Corporation

PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: June 30, 2011       THE HONORABLE JOSEPH C. SPERO

*IT IS SO ORDERED AS MODIFIED* — Judge Joseph C. Spero

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation and [Proposed] Order /
Case No. C 11-02264 (JCS)

- 3 -

26510\2662583.1

6749283.7