| | | |
|---|---|---|
| James W. Morando (SBN 87896) jmorando@fbm.com Allyson M. Franco (SBN 273467) afranco@fbm.com FARELLA BRAUN + MARTEL LLP 235 Montgomery Street, 17th Floor San Francisco, CA 94104 Telephone: (415) 954-4400 Facsimile: (415) 954-4480 Telisport W. Putsavage (*pro hac vice*) putsavage@clm.com CARTER LEDYARD & MILBURN LLP 701 8th Street, NW, Suite 410 Washington, DC 20001-3892 Telephone: (202) 898-1515 Jeffrey S. Boxer (*pro hac vice*) boxer@clm.com CARTER LEDYARD & MILBURN LLP 2 Wall Street New York, NY 10005 Telephone: (212) 732-3200 Attorneys for Plaintiff AGSAVER LLC | Fletcher C. Alford (SBN 152314) falford@gordonrees.com Ryan B. Polk (SBN 230769) rpolk@gordonrees.com GORDON & REES LLP 275 Battery Street, Suite 2000 San Francisco, CA 94111 Telephone: (415) 986-5900 Facsimile: (415) 986-8054 Dean A. Monco (*pro hac vice*) damonco@woodphillips.com Jeffrey M. Drake (*pro hac vice*) jmdrake@woodphillips.com WOOD PHILLIPS 500 West Madison Street, Suite 3800 Chicago, Il 60661-2562 Telephone: (312) 876-1800 Facsimile: (312) 876-2020 Attorneys for Defendant VALENT U.S.A. CORPORATION | Melinda L. Haag (SBN 132612) United States Attorney Joann M. Swanson (SBN 88143) Chief, Civil Division Michael T. Pyle (SBN 172954) Assistant United States Attorney 150 Almaden Blvd., Suite 900 San Jose, California 95113 Telephone: (408) 535-5087 Facsimile: (408) 535-5081 michael.t.pyle@usdoj.gov Attorneys for Intervenor UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AGSAVER LLC, <br><br> Plaintiff, <br><br> vs. <br><br> VALENT U.S.A. CORPORATION, <br><br> Defendant. | Case No. 3:11-cv-02264-JCS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER SETTING (1) BRIEFING SCHEDULE ON VALENT U.S.A. CORPORATION'S MOTION TO DISMISS; AND (2) INITIAL CASE MANAGEMENT CONFERENCE** <br> **SO ORDERED AS MODIFIED** <br> Dept: Courtroom A, 15th Fl. <br> Judge: Honorable Joseph C. Spero <br><br> Complaint Filed: May 6, 2011 |

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:11-CV-02264-JCS

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

26510\2760194.1

1  WHEREAS, on June 30, 2011, the Court ordered that Plaintiff AgSaver LLC's ("AgSaver's") Opposition to Defendant Valent U.S.A. Corporation's ("Valent's") Motion to Dismiss would be due September 16, 2011, that Valent's Reply would be due September 30, 2011, and that the hearing on Valent's Motion and the Initial Case Management Conference would be November 4, 2011, at 1:30 p.m.;

WHEREAS, on August 22, 2011, the Court ordered that the United States of America would have until September 16, 2011, to intervene and file a brief defending the constitutionality of 35 U.S.C. § 292, and that Valent would have until October 7, 2011, to file a single brief responding to AgSaver's opposition and the brief filed by the United States;

WHEREAS, on September 6, 2011, the United States filed its brief defending the constitutionality of 35 U.S.C. § 292;

WHEREAS, on September 8, 2011, the United States Senate passed and sent to President Obama the America Invents Act, which contains provisions that would amend 35 U.S.C. § 292; and

WHEREAS, to allow time to know whether the America Invents Act will become law and, assuming so, to assess its potential impact on this case, counsel for the Parties and the United States have met and conferred, and have agreed upon proposing an alternative date for the hearing on Valent's Motion and the Initial Case Management Conference, as well as a 20-day extension to the briefing schedule for Valent's Motion;

THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the Parties request that the Court reschedule the briefing schedule for Valent's Motion and the Hearing date for that Motion and the Initial Case Management Conference as set forth below or on such other dates as may be acceptable to the Court:

1.  AgSaver's Opposition to Valent's Motion will be due on October 6, 2011, and Valent's Reply in Support of its Motion will be due on October 27, 2011;

2.  The Hearing on Valent's Motion and the Initial Case Management Conference will be January 13, 2012, at 9:30 a.m.

///

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER   - 2 -
CASE NO. 3:11-CV-02264-JCS

26510\2760194.1

IT IS SO STIPULATED.

Dated: September 14, 2011                      FARELLA BRAUN + MARTEL LLP

I represent that concurrence in the filing of this document has been obtained from each of the other signatories.

By: /s/ James W. Morando
    James W. Morando

Attorneys for Plaintiff
AgSaver LLC

Dated:  September 14, 2011                     GORDON & REES LLP

By: /s/ Fletcher C. Alford
    Fletcher C. Alford

Attorneys for Defendant
Valent U.S.A. Corporation

DATED:  September 14, 2011                     UNITED STATES OF AMERICA

By: /s/ Michael T. Pyle
    Michael T. Pyle

Attorneys for Intervenor
United States of America

PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: 9/15/2011  _____
THE HONORABLE JOSEPH C. SPERO

*Judge Joseph C. Spero*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — seal)

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:11-CV-02264-JCS       - 3 -       26510\2760194.1