James W. Morando (SBN 87896)
jmorando@fbm.com
Allyson M. Franco (SBN 273467)
afranco@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Telisport W. Putsavage (*pro hac vice*)
putsavage@clm.com
CARTER LEDYARD & MILBURN LLP
701 8th Street, NW, Suite 410
Washington, DC 20001-3892
Telephone: (202) 898-1515

Jeffrey S. Boxer (*pro hac vice*)
boxer@clm.com
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, NY 10005
Telephone: (212) 732-3200

Attorneys for Plaintiff AGSAVER LLC

Fletcher C. Alford (SBN 152314)
falford@gordonrees.com
Ryan B. Polk (SBN 230769)
rpolk@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Dean A. Monco (*pro hac vice*)
damonco@woodphillips.com
Jeffrey M. Drake (*pro hac vice*)
jmdrake@woodphillips.com
WOOD PHILLIPS
500 West Madison Street, Suite 3800
Chicago, Il 60661-2562
Telephone: (312) 876-1800
Facsimile: (312) 876-2020

Attorneys for Defendant VALENT U.S.A. CORPORATION

Melinda L. Haag (SBN 132612)
United States Attorney
Joann M. Swanson (SBN 88143)
Chief, Civil Division
Michael T. Pyle (SBN 172954)
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
Facsimile: (408) 535-5081
michael.t.pyle@usdoj.gov

Attorneys for Intervenor UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AGSAVER LLC,

Plaintiff,

vs.

VALENT U.S.A. CORPORATION,

Defendant.

Case No. 3:11-cv-02264-JCS

**STIPULATION AND ~~[PROPOSED]~~ ORDER SETTING (1) BRIEFING SCHEDULE ON VALENT U.S.A. CORPORATION'S MOTION TO DISMISS; AND (2) INITIAL CASE MANAGEMENT CONFERENCE**

**SO ORDERED AS MODIFIED**

Dept: Courtroom A, 15th Fl.
Judge: Honorable Joseph C. Spero

Complaint Filed: May 6, 2011

WHEREAS, on June 30, 2011, the Court ordered that Plaintiff AgSaver LLC's ("AgSaver's") Opposition to Defendant Valent U.S.A. Corporation's ("Valent's") Motion to Dismiss would be due September 16, 2011, that Valent's Reply would be due September 30, 2011, and that the hearing on Valent's Motion and the Initial Case Management Conference would be November 4, 2011, at 1:30 p.m.;

WHEREAS, on August 22, 2011, the Court ordered that the United States of America would have until September 16, 2011, to intervene and file a brief defending the constitutionality of 35 U.S.C. § 292, and that Valent would have until October 7, 2011, to file a single brief responding to AgSaver's opposition and the brief filed by the United States;

WHEREAS, on September 6, 2011, the United States filed its brief defending the constitutionality of 35 U.S.C. § 292;

WHEREAS, on September 8, 2011, the United States Senate passed and sent to President Obama the America Invents Act, which contains provisions that would amend 35 U.S.C. § 292; and

WHEREAS, to allow time to know whether the America Invents Act will become law and, assuming so, to assess its potential impact on this case, counsel for the Parties and the United States have met and conferred, and have agreed upon proposing an alternative date for the hearing on Valent's Motion and the Initial Case Management Conference, as well as a 20-day extension to the briefing schedule for Valent's Motion;

THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the Parties request that the Court reschedule the briefing schedule for Valent's Motion and the Hearing date for that Motion and the Initial Case Management Conference as set forth below or on such other dates as may be acceptable to the Court:

1. AgSaver's Opposition to Valent's Motion will be due on October 6, 2011, and Valent's Reply in Support of its Motion will be due on October 27, 2011;

2. The Hearing on Valent's Motion and the Initial Case Management Conference will be January 13, 2012, at 9:30 a.m.

/ / /

IT IS SO STIPULATED.

Dated: September 14, 2011

FARELLA BRAUN + MARTEL LLP

I represent that concurrence in the filing of this document has been obtained from each of the other signatories.

By: /s/ James W. Morando
James W. Morando

Attorneys for Plaintiff
AgSaver LLC

Dated: September 14, 2011

GORDON & REES LLP

By: /s/ Fletcher C. Alford
Fletcher C. Alford

Attorneys for Defendant
Valent U.S.A. Corporation

DATED: September 14, 2011

UNITED STATES OF AMERICA

By: /s/ Michael T. Pyle
Michael T. Pyle

Attorneys for Intervenor
United States of America

PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: 9/15/2011

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Judge Joseph C. Spero

TH[illegible] C. SPERO

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:11-CV-02264-JCS

- 3 -

26510\2760194.1